AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA Angela Monaco ) USAO CW No. 26-136

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

United States of America
v.

Edilzar Ramos-Perez a/k/a "Kevin Perez"
*Defendant(s)*

Case No. 26-mj-1764

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 6, 2026 in the county of Chester in the Eastern District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry after deportation |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*/s/ Jamaal Green*
*Complainant's signature*

Jamaal Green, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed by telephone.

Date: September 16, 2026

/s/ Katayoun M. Copeland, USMJ
*Judge's signature*

City and state: Philadelphia, Pennsylvania

Honorable Katayoun M. Copeland, U.S. Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **MAGISTRATE NO. 26-1764** |
| **EDILZAR RAMOS-PEREZ**<br>**a/k/a "Kevin Perez"** | : | |

**AFFIDAVIT**

1. I, Jamaal Green, am a Deportation Officer at United States Immigration and Customs Enforcement ("ICE") within the United States Department of Homeland Security ("DHS"). I have served as a Deportation Officer with ICE since September 2011. As a Deportation Officer, I conduct investigations related to violations of the Immigration and Nationality Act ("INA"), specifically foreign-born nationals who have been deported from the United States and subsequently reentered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations Field Office in Philadelphia, Pennsylvania, and my duties include investigating violations of Title 8 of the United States Code to include violations of immigration offenses.

2. I have prepared this affidavit in support of a criminal complaint against Edilzar RAMOS-PEREZ (hereinafter referred to as RAMOS-PEREZ) because there is probable cause to believe RAMOS-PEREZ, an alien, that is, an individual who is not a citizen or national of the United States, reentered the United States after removal, in violation of 8 U.S.C. § 1326(a).

3. This affidavit is based on information I obtained from my personal observations, my training and experience, review of documentary evidence, and information provided to me by other members of the investigation and/or other law enforcement officers/agents. Because this

affidavit is submitted only for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, it does not include all information known to the government as a result of the investigation.

**PROBABLE CAUSE**

4. Based on my training and experience, I know that when a police department or other law enforcement agency inputs into a national law enforcement database the fingerprints of any individual who is not a United States citizen or national and who has previously been encountered by ICE or another immigration agency, ICE receives electronic notification of this fact. ICE also receives any match to the alien's known fingerprint identification number, or other biometrics.

5. On September 6, 2026, ICE received an electronic notification via the Alien Criminal Response Information Management System ("ACRIMe") that RAMOS-PEREZ had been arrested under the provided name of Kevin Perez by the Kennett Township Police Department on September 5, 2026, and charged in Chester County, Pennsylvania, with simple assault, aggravated assault, reckless endangerment, harassment, resisting arrest, and disorderly conduct. The electronic notification ICE received included RAMOS-PEREZ's name, date of birth, known aliases, Alien Number: 216-564-164, and FBI Number: R1VKKM9TD. This information was generated and received by ICE when the Kennett Township Police Department collected and entered RAMOS-PEREZ's fingerprints into the National Crime Information Center ("NCIC"), and the entry showed RAMOS-PEREZ had previously been removed.

6. I know that ICE maintains a file on all aliens encountered by ICE. This file, known as the Alien File ("A File"), contains documentation relating to the alien, including his/her photograph, warrants of deportation, fingerprints, documents reflecting criminal history, documents reflecting the country of citizenship, and other documents. Each alien is assigned a

unique identification number, referred to as the "Alien Number." A search of ICE databases revealed that RAMOS-PEREZ has been assigned Alien Number 216-564-164 and that he is a native and citizen of Guatemala. A review of ICE databases for Alien Number 216-564-164 revealed the following history for RAMOS-PEREZ:

a. On or about January 21, 2018, RAMOS-PEREZ was arrested by the United States Border Patrol in Hidalgo, Texas. On or about January 23, 2018, RAMOS-PEREZ was issued a Form I-860, Notice and Order of Expedited Removal, to Guatemala.

b. On or about January 30, 2018, RAMOS-PEREZ was removed from the United States to Guatemala via Brownsville, Texas Airport Operations Flight Number 0576. At the time of his removal, RAMOS-PEREZ was served a Form I-296, Notice to Alien Ordered Removed/Departure Verification, that contained RAMOS-PEREZ's name, signature, photograph, Alien Number, fingerprint, and the signature of the immigration officials who witnessed his removal.

c. On an unknown date and at an unknown place, RAMOS-PEREZ illegally reentered the United States.

d. On or about May 17, 2018, RAMOS-PEREZ was arrested by the United States Border Patrol in Sasabe, Arizona, and issued a Form I-871, Reinstatement of Final Order of Removal.

e. On or about June 7, 2018, RAMOS-PEREZ was removed from the United States to Guatemala for a second time via an ICE charter flight through Phoenix/Mesa Gateway Airport. At the time of his removal, RAMOS-

PEREZ was served a Form I-205, Warrant of Deportation/Removal, that contained RAMOS-PEREZ's name, signature, photograph, Alien Number, fingerprint, and the signature of the immigration officials who witnessed his departure.

7. On an unknown date and at an unknown place, RAMOS-PEREZ illegally reentered the United States.

8. On September 6, 2026, RAMOS-PEREZ was found in the United States by ICE via the ACRIMe database after he was arrested and brought into custody by the Kennett Township Police Department, within the Eastern District of Pennsylvania, for the above-mentioned violations.

9. A search of DHS databases revealed that RAMOS-PEREZ did not seek permission from the United States Attorney General, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission to the United States following his 2018 removals as required by 8 U.S.C. § 1360(d).

## CONCLUSION

10. Based on the foregoing, I believe that there is probable cause to conclude that RAMOS-PEREZ illegally reentered the United States after deportation, in violation of 8 U.S.C. § 1326(a), and respectfully ask that the Court issue a warrant ordering his arrest for such crime.

*/s/ Jamaal Green*
Jamaal Green
Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED TO AND SWORN TO BEFORE ME BY TELEPHONE
THIS 16th Day of September, 2026.

/s/ Katayoun M. Copeland, USMJ
HONORABLE KATAYOUN M. COPELAND
United States Magistrate Judge
Eastern District of Pennsylvania